<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAMALJIT SINGH,<br><br>                Petitioner,<br><br>    v.<br><br>LUIS SOTO DELANEY HALL, *et al*<br>*in his official capacity*<br><br>                Respondents. | Civil Action No. 25-16018 (GC)<br><br>**<u>MEMORANDUM &<br>ORDER TO SHOW CAUSE</u>** |

**<u>CASTNER, District Judge</u>**

      **THIS MATTER** comes before the Court on the petition for writ of habeas corpus, writ of mandamus, and complaint for declaratory and injunctive relief (Verified Petition) filed, through counsel, by Petitioner Kamaljit Singh.[1]  (ECF No. 1.)  Petitioner has also filed a draft order to show cause (Draft Order) (ECF No. 1-1) and a supporting memorandum of law (Memorandum of Law) (ECF No. 1-2.)

      This Court has screened the Verified Petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and has determined that dismissal without an answer and production of the record is not warranted.

---

[1] Petitioner names as Respondents: the U.S. Department of Homeland Security; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; Pam Bondi, US Attorney General, in her official capacity; Todd Lyons, Acting Director Immigration Customs Enforcement, in his official capacity; and Luis Soto Delaney Hall, in his official capacity. (ECF No. 1 at 1.)  Petitioner is currently confined in immigration detention at Delaney Hall Detention Facility in Newark, New Jersey.  (*Id.* at 2.)

**IT IS**, therefore, on this 29th day of September, 2025, **ORDERED** as follows:

**ORDERED** that Petitioner **SHALL NOT** be **TRANSFERRED** from the District of New Jersey or **REMOVED** from the United States pending further order of this Court; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of the Verified Petition (ECF No. 1), the Draft Order (ECF No. 1-1), the Memorandum of Law (ECF No. 1-2), and this Memorandum and Order to Show Cause upon Respondents by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of Court shall forward a copy of Verified Petition (ECF No. 1), the Draft Order (ECF No. 1-1), the Memorandum of Law (ECF No. 1-1), and this Memorandum and Order to Show Cause to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ODERED** that the Court will hold a hearing on **Tuesday, October 7, 2025, beginning at 11 a.m.**, at which Respondents shall **SHOW CAUSE** why this Court should not grant Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241; at the hearing, both sides may present argument and evidence; and it is further

**ORDERED** that Respondents shall file a full complete answer to the Verified Petition (ECF No. 1), hearing brief, exhibits, and witness list by **Thursday, October 2, 2025, at 5:00 p.m.**; and it is further

**ORDERED** that Petitioner shall file a traverse, hearing brief, exhibits, and witness list by **Monday, October 6, 2025, at 5:00 p.m.**

_____
GEORGETTE CASTNER
United States District Judge